of Appeal, First Circuit, Parish of Ascension. 184 So.2d 279.

The application is denied. There appears no error of law in the judgment complained of.

187 So.2d 439

**George FRANCIS et al.**

**v.**

**LOUISIANA STATE LIVESTOCK SANITARY BOARD et al.**

**No. 48193.**

June 21, 1966.

In re: George T. Francis et al. applying for certiorari, or writ of review, to the Court of Appeal, First Circuit, Parish of East Baton Rouge. 184 So.2d 247.

The application is denied. There appears no error of law in the judgment complained of.

SUMMERS, J., is of the opinion the writ should be granted.